1 │ MCGREGOR W. SCOTT
United States Attorney
2 │ VINCENZA RABENN
Assistant United States Attorney
3 │ 501 I Street, Suite 10-100
Sacramento, CA 95814
4 │ Telephone: (916) 554-2700
Facsimile: (916) 554-2900

5

6 │ Attorneys for Plaintiff
United States of America

7

8 │ IN THE UNITED STATES DISTRICT COURT

9 │ EASTERN DISTRICT OF CALIFORNIA

10

11 │ UNITED STATES OF AMERICA,                    CASE NO.  2:19-MJ-88 DB

12 │                          Plaintiff,          [PROPOSED] FINDINGS AND ORDER
                                                  EXTENDING TIME FOR PRELIMINARY
13 │                   v.                         HEARING PURSUANT TO RULE 5.1(d) AND
                                                  EXCLUDING TIME
14 │ ISAAC GONZALEZ,
                                                  DATE: July 1, 2019
15 │                          Defendants.         TIME: 2:00 p.m.
                                                  COURT: Hon. Kendall J. Newman
16

17

18 │      The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 │ Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 19, 2019.  The

20 │ Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21 │ demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22 │ 5.1(d) of the Federal Rules of Criminal Procedure.

23 │      Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 │ of justice served by granting this continuance outweigh the best interests of the public and the defendant

25 │ in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

26 │ not adversely affect the public interest in the prompt disposition of criminal cases.

27 │      THEREFORE, FOR GOOD CAUSE SHOWN:

28 │      1.      The date of the preliminary hearing is extended to July 18, 2019, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER                    1

1    2.    The time between July 1, 2019, and July 18, 2019, shall be excluded from calculation

2    pursuant to 18 U.S.C. § 3161(h)(7)(A).

3    3.    Defendants shall appear at that date and time before the Magistrate Judge on duty.

4    IT IS SO ORDERED.

5    DATED: June 20, 2019

6    _____
     ALLISON CLAIRE

7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28